CO-386-online
10/03

# United States District Court
# For the District of Columbia

ENVIRO TECH INTERNATIONAL, INC. )
)
)
)
vs    Plaintiff )    Civil Action No. _____
)
STEPHEN L. JOHNSON, ADMINISTATOR )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Enviro Tech International, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Enviro Tech International, Inc.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Signature

__437056__
BAR IDENTIFICATION NO.

Geraldine Edens
Print Name

McKenna Long & Aldridge, 1900 K St. NW
Address

Washington, DC 20006
City        State        Zip Code

202-496-7371
Phone Number