IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Enviro Tech International, Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Stephen L. Johnson, Administrator, Environmental Protection Agency<br><br>    Defendant. | CASE NO. 1:06-cv-01905(EGS) |

## AFFIDAVIT OF SERVICE

I, the undersigned counsel of record for Plaintiff Enviro Tech International, Inc., mailed the summons and complaint by certified mail to Stephen L. Johnson, EPA Administrator, Alberto Gonzalez, Attorney General of the United States, and Jeffery A. Taylor, United States Attorney for the District of Columbia on November 29, 2006. All of the above individuals have acknowledged service of the summons and complaint. *See* Exhibit 1 (attached).

 

                                                                         /s/
                                      Geraldine E. Edens (Bar. No. 437056)

                                      MCKENNA LONG & ALDRIDGE LLP
                                      1900 K Street, NW
                                      Washington, D.C. 20006
                                      (202) 496-7500

Dated January 2, 2007                     Attorney for Plaintiff
                                      Enviro Tech International, Inc.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 12/7/06

1. Article Addressed to:

Stephen L. Johnson
U.S. EPA
Ariel Rios Bldg.
1200 Pennsylvania Ave NW
Washington DC 20460

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) DEC 07 2006

C. Date of Delivery

1. Article Addressed to:

U.S. Attorney General
D.O.J.
950 Pennsylvania Ave NW
Washington DC 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) DEC 08 2006

C. Date of Delivery

1. Article Addressed to:

U.S. Attorney General
501 3rd Street NW
Washington DC 20001

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035