UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRO TECH INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:06-cv-1905 (EGS) |
| ) | |
| STEPHEN L. JOHNSON, in his official capacity ) | |
| as Administrator, United States Environmental ) | |
| Protection Agency, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

Please enter the appearance of Jessica O'Donnell, D.C. Bar No. 473166, as counsel of record in the above-captioned case on behalf of Defendant Stephen L. Johnson, Administrator, United States Environmental Protection Agency.

The following is the correct address of Defendant's counsel for first class mail:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 23986
> Washington D.C.  20026-3986

The following is the correct address for overnight mail delivery:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 601 D Street, N.W., Suite 8000
> Washington D.C.  20004

> Respectfully submitted,
>
> MATTHEW J. MCKEOWN
> Acting Assistant Attorney General

|  |  |
|---|---|
| | Environment and Natural Resources Division |
| | ___s/ *Jessica O'Donnell*___ |
| OF COUNSEL: | JESSICA O'DONNELL  (D.C. Bar #473166) |
| Jan Tierney | Environmental Defense Section |
| Office of General Counsel | U.S. Department of Justice |
| United States Environmental Protection Agency | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| Ariel Rios Building | Telephone: (202) 305-0851 |
| 1200 Pennsylvania Avenue, N.W. | E-mail: jessica.odonnell@usdoj.gov |
| Washington, D.C. 20460 | |
| | Street address: |
| | 601 D Street, NW, Suite 8000 |
| | Washington, D.C. 20004 |
| | *Attorneys for Defendant* |

Dated: February 5, 2007