# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRO TECH INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official capacity )<br>as Administrator, United States Environmental )<br>Protection Agency, )<br>)<br>Defendant. ) | Civ. No. 1:06-cv-01905 (EGS) |

## UNOPPOSED MOTION TO STAY ALL PROCEEDINGS

Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") requests that the court stay all proceedings in this matter until 30 days following resolution of the United States motion to dismiss Plaintiff's related petition for review in *Enviro Tech International, Inc. v. EPA*, No. 06-1302 (D.C. Cir. filed Aug. 15, 2006). A proposed order is attached. In support of this motion, EPA states as follows:

1. On August 15, 2006, Plaintiff filed a petition in the United States Court of Appeals for the District of Columbia Circuit seeking review of EPA's alleged failure to list n-propyl bromide ("nPB") as an acceptable substitute for ozone-depleting substances. *See Enviro Tech International, Inc. v. EPA*, No. 06-1302 (D.C. Cir.).

2. On October 24, 2006, EPA moved to dismiss Plaintiff's petition for lack of subject matter jurisdiction. EPA's motion argues that if Plaintiff has any viable claim at all, the

only appropriate relief may be found in district court pursuant to Clean Air Act ("CAA") section 304(a), 42 U.S.C. § 7604(a).

3.      Plaintiff disagrees with EPA's position before the Court of Appeals and filed the instant action on November 7, 2006, "to protect its interests." Complaint ¶ 1.  In this action, Plaintiff seeks review of EPA's alleged failure to carry out a nondiscretionary statutory duty under 42 U.S.C. § 7672(d), to issue a final order either granting or denying Plaintiff's administrative petitions to list n-propyl bromide ("nPB") as an acceptable substitute for ozone-depleting substances.

4.      EPA is required to file an answer or otherwise respond to the Complaint in this case on February 9, 2007.

5.      To avoid the potential for duplicative litigation, EPA seeks a stay of proceedings in this case to allow the Court of Appeals to rule on EPA's pending motion to dismiss Plaintiff's petition.

6.      Accordingly, EPA respectfully requests a stay of all proceedings, including the deadline for EPA to answer or otherwise respond to the Complaint, until 30 days following a ruling by the Court of Appeals, unless the parties seek a further extension.  If EPA's motion to dismiss Plaintiff's petition in the Court of Appeals is granted, EPA will file an answer or otherwise respond to the Complaint on or before the date the stay is concluded.

7.      The undersigned counsel contacted counsel for Plaintiff, who indicated that Plaintiff does not oppose EPA's request.

8.      By filing this motion, EPA does not intend to waive any jurisdictional arguments or other bases for dismissal of the original complaint.

9. Granting this motion will not unreasonably delay these proceedings, nor will it prejudice any party.

For the reasons set forth above, EPA requests that the Court stay all proceedings in this case, including the deadline for EPA's answer, until 30 days following a ruling by the Court of Appeals on EPA's pending motion to dismiss in *Enviro Tech International, Inc. v. EPA*, No. 06-1328. A proposed order is attached.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

  s/ *Jessica O'Donnell*

OF COUNSEL:
Jan Tierney
Office of General Counsel
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

JESSICA O'DONNELL (D.C. Bar #473166)
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: (202) 305-0851
E-mail: jessica.odonnell@usdoj.gov

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

Dated: February 5, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRO TECH INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official capacity )<br>as Administrator, United States Environmental )<br>Protection Agency, )<br>)<br>Defendant. )<br>) | Civ. No. 1:06-cv-01905 (EGS) |

**ORDER**

Upon consideration of Defendant's unopposed motion to stay all proceedings, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that all proceedings in this case, including the deadline for Defendant to answer or otherwise respond to the Complaint, shall be stayed until 30 days following a decision by the Court of Appeals on the pending motion to dismiss in *Enviro Tech International, Inc. v. EPA*, No. 06-1203 (D.C. Cir. filed Aug. 15, 2006).

It is further ORDERED that unless otherwise extended, EPA shall answer or otherwise respond to the Complaint on or before the date the stay is concluded.

It is so ordered.

_____
Emmet G. Sullivan
Date:                                                                                           United States District Judge