IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Enviro Tech International, Inc.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Stephen L. Johnson, Administrator, in his official capacity as Administrator, Environmental Protection Agency<br><br>　　　Defendant. | CASE NO. 1:06-cv-1905(EGS) |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION**

Pursuant to Rule 41(a)(1), Plaintiff, Enviro Tech International, Inc. hereby files this Notice of Dismissal of the above captioned matter. By Minute Order dated February 7, 2007, the proceedings in this case, including the deadline for Defendant to answer or otherwise respond to the Complaint, were stayed until 30 days following a decision by the Court of Appeals on the pending motion to dismiss in Enviro Tech International, Inc. v. EPA, No. 06-1203 (D.C. Cir.). The matter before the Court of Appeals has been resolved and there is no need to pursue this action. The Defendant has not answered or otherwise responded to the Complaint.

Dated: June 25, 2007　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ *Geraldine E. Edens*
　　　　　　　　　　　　　　　　　　　　　Geraldine E. Edens (Bar. No. 437056)

　　　　　　　　　　　　　　　　　　　　　MCKENNA LONG & ALDRIDGE LLP
　　　　　　　　　　　　　　　　　　　　　1900 K Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　(202) 496-7500
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Enviro Tech International, Inc.